## DONG K. NOH CPA

CERTIFIED PUBLIC ACCOUNTANT
7101 Parklane Road, Suite B
Columbia, South Carolina 29223

Dong K. Noh, C.P.A.

Phone: (803) 788-7494 or 788-7462   Fax: (803) 788-7945
Web: www.dkncpa.com

To whom may it concern,

I am sending you Andy Lee's profit and loss statement.
This case number is 10-06684hb.
Total pages are 5 included a cover letter.

Thank you.

Kay Kwon

MEMBER
American Institute of Certified Public Accountants
South Carolina Association of Certified Public Accountants

Financial Statements

of
Advanced Mobile Communications, LLC
For the Period Ended August 31, 2010

See Accompanying Accountant's Compilation Report

Advanced Mobile Communications, LLC
Balance Sheet
August 31, 2010

### Assets

| | | |
|---|---:|---:|
| **Current Assets** | | |
| Cash in Bank | $ 6,617.43 | |
| Inventory | 1,842.00 | |
| Total Current Assets | | $ 8,459.43 |
| | | |
| **Fixed Assets** | | |
| Furniture & Fixtures | 6,430.00 | |
| Computers & Equipment | 4,703.63 | |
| Accumulated Depreciation | (2,318.00) | |
| Total Fixed Assets | | 8,815.63 |
| | | |
| Other Assets | | |
| Total Assets | | $ 17,275.06 |

### Liabilities and Equity

| | | |
|---|---:|---:|
| **Current Liabilities** | | |
| Accounts Payable - Trade | $ 667.42 | |
| Loan from Shareholders | 2,741.75 | |
| Accrued Payroll Taxes | 1,225.63 | |
| Sales Taxes Payable | 467.63 | |
| Total Current Liabilities | | $ 5,102.43 |
| | | |
| Long Term Liabilities | | |
| Equity | | |
| Paid In Capital | 8,508.00 | |
| Retained Earnings | (1,712.47) | |
| Shareholers Distribution | (17,273.83) | |
| Current Income (Loss) | 22,650.93 | |
| Total Equity | | 12,172.63 |
| | | |
| Total Liabilities & Equity | | $ 17,275.06 |

See Accompanying Accountant's Compilation Report

Advanced Mobile Communications, LLC
Income Statement
For the Period Ended August 31, 2010

|  |  | 8 Months Ended Aug. 31, 2010 | Pct |
|---|---|---|---|
| **Revenue** |  |  |  |
| Sales - Store#1 | $ | 56,720.38 | 12.48 |
| Phone Card Sales-Store#1 |  | 397,722.15 | 87.52 |
| Total Revenue |  | 454,442.53 | 100.00 |
| **Cost of Sales** |  |  |  |
| Purchases |  | 53,345.87 | 11.74 |
| Purchase Returns & Allowances |  | 956.56 | 0.21 |
| Bill Payment |  | 344,761.85 | 75.86 |
| Total Cost of Sales |  | 399,064.28 | 87.81 |
| Gross Profit |  | 55,378.25 | 12.19 |
| **Operating Expenses** |  |  |  |
| Accounting |  | 900.00 | 0.20 |
| Bank Service Charges |  | 1,015.61 | 0.22 |
| Credit Card Processing Fees |  | 2,220.06 | 0.49 |
| Securities |  | 325.00 | 0.07 |
| Depreciation Expense |  | 1,298.00 | 0.29 |
| Licenses & Fees |  | 69.91 | 0.02 |
| Maintenance & Repairs |  | 553.29 | 0.12 |
| Office Supplies |  | 553.02 | 0.12 |
| Rent - Building |  | 12,706.00 | 2.80 |
| Telephone |  | 2,429.41 | 0.53 |
| Utilities |  | 1,474.48 | 0.32 |
| Meals |  | 33.71 | 0.01 |
| Supplies |  | 895.07 | 0.20 |
| Salaries & Commissions |  | 7,425.76 | 1.63 |
| Taxes - Payroll |  | 879.94 | 0.19 |
| Penalty |  | 7.00 | 0.00 |
| Total Expenses |  | 32,786.26 | 7.21 |
| Operating Income |  | 22,591.99 | 4.97 |
| Sales tax Discount |  | 58.94 | 0.01 |
| Total Other Income |  | 58.94 | 0.01 |
| Net Income (Loss) | $ | 22,650.93 | 4.98 |

See Accompanying Accountant's Compilation Report

Form 184BNC  (Revised 12/01/2008)

### United States Bankruptcy Court – District of South Carolina
J. Bratton Davis United States
Bankruptcy Courthouse
1100 Laurel Street
Columbia, SC 29201–2423

Case Number:  10–06684–hb                         Chapter:  7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*

Andy Lee
201 Waverly Hall Ln
Simpsonville, SC 29681

SSN: xxx–xx–4658

                                                           ┌─────────────────────┐
                                                           │ **Filed By The Court** │
**NOTICE OF FILING(S) DUE**                                │ **09/16/10**          │
                                                           │ Tammi M. Hellwig      │
                                                           │ Clerk of Court        │
                                                           │ US Bankruptcy Court   │
                                                           └─────────────────────┘

In the above referenced case, a petition was filed on **09/16/10.**

Please take notice that pursuant to Fed. R. Bankr. P., and the SC LBR, the following documents(s) must be filed within the time
periods set forth therein, or the case may be dismissed without further notice or hearing.

            **Missing Documents:**
            **Copies of Payment Advices due 09/30/2010**

Dated: September 17, 2010                         Tammi M. Hellwig, Clerk

                                                  By: A Macon
Document 8                                        Deputy Clerk

See page 2 – Explanation of Notices of Filings Due

014351                         36109014365011



Dong K Noh CPA
101 Parklane Rd Suite B
Columbia, SC 29223

US Bankruptcy Court
District of SC
J Bratton Davis US
Bankruptcy Courthouse
1100 Laurel St
Columbia SC 29201-2423