Form 905BNC  (Revised 01/06/2006)

**United States Bankruptcy Court – District of South Carolina**
J. Bratton Davis United States
Bankruptcy Courthouse
1100 Laurel Street
Columbia, SC 29201−2423

Case Number: 10−06684−hb                                             Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*
Andy Lee
201 Waverly Hall Ln
Simpsonville, SC 29681

SSN: xxx−xx−4658

**NOTICE OF REQUIREMENT TO FILE
CERTIFICATION OF COMPLETION
OF INSTRUCTIONAL COURSE CONCERNING
PERSONAL FINANCIAL MANAGEMENT
(Official Form 23)**

| **Filed By The Court** |
| :---: |
| **12/21/10** |
| **Tammi M. Hellwig** |
| **Clerk of Court** |
| **US Bankruptcy Court** |

Notice is hereby given that, subject to limited exceptions, a debtor must complete an instructional course in personal financial management in order to receive a discharge under chapter 7 (11 U.S.C. § 727). Pursuant to the local rules of this Court, the debtor(s) must complete and file Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management (Official Form 23) as described in 11 U.S.C. § 111.

Debtor(s) and/or debtor(s)' attorney is/are hereby notified that the debtor(s) must file Official Form 23 within 10 days after the date of this notice. Failure to file the certification may result in the case being closed without an entry of discharge.

Dated: December 21, 2010                                             Tammi M. Hellwig, Clerk
Columbia, SC

Document 19                                                          By: A Macon
                                                                     Deputy Clerk