# Notice Recipients

| District/Off: 0420–7 | User: macon | Date Created: 12/21/2010 |
| Case: 10–06684–hb | Form ID: 905BNC | Total: 3 |

**Recipients of Notice of Electronic Filing:**
ust     US Trustee's Office     USTPRegion04.CO.ECF@usdoj.gov
tr     John K Fort     trustee863@gmail.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Andy Lee     201 Waverly Hall Ln     Simpsonville, SC 29681

TOTAL: 1